**Order entered September 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01166-CR

**JOSE BLANCO-LAZO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F-1434222-J**

## ORDER

We **GRANT** appellee's September 1, 2016 "Second Motion for Extension of Time to File Brief." We **ORDER** the brief tendered to this Court by appellee on September 1, 2016 timely filed as of the date of this order.

/s/    DOUGLAS S. LANG
            JUSTICE